UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>-against-<br><br>MARRIOTT and MARRIOT OWNERSHIP RESORTS,<br><br>        Defendants. | **ORDER**<br><br>No. 24-CV-08027 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. On December 4, 2024, the Court issued an Order of Service directing Plaintiff to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. (Doc. 5). The Court warned that failure to serve Defendants or request an extension of time to do so may result in dismissal of the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. (*Id.*). The Clerk of Court issued summonses as to Defendants on December 13, 2024. (Doc. 6). No affidavits of service have been filed and there has been no activity on the docket since then.

  Accordingly, the Court *sua sponte* extends Plaintiff's time to serve the summons and complaint on each Defendant to **May 2, 2025**. If, by **May 2, 2025**, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss this action for failure to prosecute.

SO ORDERED.

Dated: White Plains, New York
    March 31, 2025

                                 _____
                                 PHILIP M. HALPERN
                                 United States District Judge