Dear Judge,

Re: Case 7:24-cv-08027-PMH, Doe v. Marriott et al.

I believe the best course of action at this point is to proceed [text obscured]
may appeal the arbitration decision to the Supreme Court if [text obscured]
is my intention should the need arise.

The financial burden of paying $1,600 per month, combine[d] [text obscured]
now exceeding $8,000 annually, over nearly ten years, has [text obscured]
stress. I do not intend to abandon this matter. I am seeking [text obscured]
totaling over $250,000, including the interest I have paid o[n] [text obscured]
up on my behalf, which carries a variable APR of up to 28.[4] [text obscured]
that are not attached to any actual assets.

As I explained to their attorney, I am requesting a full refund with interest, as well as the
complete removal of all related inquiries, late payment notices, liens, and any other adverse
marks from my credit report.

Regarding the use of my real name, as I explained in my previous communication, I respectfully
request permission to continue proceeding under the pseudonym Jane Doe, out of privacy
concerns given my career as a financial professional and the licenses I hold. This information is
publicly searchable, which is one of the primary reasons I made numerous attempts to resolve
this matter directly with Marriott's financial department, "MORI," before escalating further.

Attaching to this reply the lien letter sent to me from Marriott and associates given that I made
the decision to stop making payments on the mortgages as well as maintenance on both
timeshares. Also attaching the latest communication from their attorney and my reply.

Please let me know if any further explanation or documentation would be helpful.

Respectfully,
Jane Doe

The Court construes Plaintiff's letter (Doc. 44) as a renewed request to proceed in this matter by pseudonym, and denies such request for the same reasons set out in the Court's previous Opinion and Order (Doc. 43). The Parties are reminded that this matter is stayed and administratively closed without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 29, 2026